PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 25-41890-MXM-13 |
| **ROSANNA KRISTINE MANCILLAS**<br>  1740 HUNTING GREEN DR<br>  FORT WORTH, TX 76134<br>  SSN/TIN: XXX-XX-6481 | |
| **DEBTOR** | **HEARING: JANUARY 15, 2026 AT 8:30 AM** |

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND**
**PLAN MODIFICATION (IF REQUIRED)**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

   If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 -3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone**:

Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

   Respectfully submitted,

By:   /s/ Ethan S. Cartwright
   Ethan S. Cartwright, Staff Attorney
   Bar No. 24068273
   PAM BASSEL STANDING CHAPTER 13 TRUSTEE
   Bar No. 01344800
   860 Airport Freeway, Ste 150
   Hurst, TX 76054
   (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the Notice of Hearing and Trustee's Recommendation Concerning Claims and Plan Modification if Required was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:   /s/ Ethan S. Cartwright
       Ethan S. Cartwright

DEBTOR:   Rosanna Kristine Mancillas, 1740 Hunting Green Dr, Fort Worth, TX 76134
ATTORNEY:   CIMENT LAW FIRM, 221 BELLA KATY DR, KATY, TX 77494

CREDITORS:

Affirm Inc, Attn Bankruptcy, 30 Isabella St Floor 4, Pittsburgh, PA 15212
ARVEST BANK, P O BOX 11110, FORT SMITH, AR 72917
CITIBANK, PO BOX 790034, SAINT LOUIS, MO 63179-0000
Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054
HAPPY MONEY, 21515 HAWTHORNE BLVD SUITE 200, TORRANCE, CA 90503
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101
Lending Club Corp, 595 Market St, San Francisco, CA 94105-0000
LENDINGCLUB BANK, PO BOX 884268, LOS ANGELES, CA 90088
LINEBARGER GOGGAN BLAIR AND SAMPSON, 3500 Maple Ave Ste 800, DALLAS, TX 75219-0000
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603
PAM BIRKINBINE - ARVEST BANK, PO BOX 1327, FAYETTEVILLE, AR 72701-0000
PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000
PRA RECEIVABLES MGMT, LLC, PO BOX 12914, NORFOLK, VA 23541-0000
PRA RECEIVABLES MGMT. LLC, PO BOX 41067, NORFOLK, VA 23541-0000
RAUSCH STURM LLP, 250 N SUNNYSLOPE ROAD, BROOKFIELD, WI 53005
Renfro Dental, 141 Nw Renfro St, Burleson, TX 76028
RICK D BARNES TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 3500 Maple Ave Ste 800, DALLAS, TX 75219-0000
SHARON L STOLTE - SHANDBERG PHOENIX, 4600 MADISON AVENUE STE 1000, KANSAS CITY, MO 64112-0000
T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124

***Address on record invalid for recipient -- no document mailed to this party.

PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE: CASE NO.: 25-41890-MXM-13

ROSANNA KRISTINE MANCILLAS
1740 HUNTING GREEN DR
FORT WORTH, TX 76134
SSN/TIN: XXX-XX-6481

DEBTOR HEARING: JANUARY 15, 2026 AT 8:30 AM

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

The Trustee files the following Recommendation Concerning Claims and Plan Modification (If Required) and would show the Court the following:

### I. TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS NOT FILED

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. **Therefore, these creditors will not receive disbursements from the Trustee :**

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|
| 1 | AFFIRM INC | UNSECURED | $0.00 |
| 3 | CITIBANK | UNSECURED | $0.00 |
| 4 | DISCOVER BANK | UNSECURED | $0.00 |
| 7 | RENFRO DENTAL | UNSECURED | $650.00 |

### II. TRUSTEE'S RECOMMENDATIONS CONCERNING FILED CLAIMS

UNLESS AN OBJECTION IS TIMELY FILED AS TO THE AMOUNT OR CLASSIFICATION OF ANY CLAIM LISTED BELOW, THAT CLAIM WILL BE PAID AS DESCRIBED HEREIN AND SUCH AMOUNT AND CLASSIFICATION WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT. ALL ALLOWED SECURED CLAIMS WHICH WERE UNTIMELY FILED WILL BE PAID AS IF TIMELY FILED, PURSUANT TO THE ORDER OF PAYMENT STATED IN THE CHAPTER 13 PLAN, UNLESS THE COURT ORDERS OTHERWISE FOLLOWING A TIMELY OBJECTION TO THIS TRCC. (NOTE: Value of collateral, treatment under the Plan and interest rate were determined at Confirmation. "Interest Rate" and "Treatment" are shown below for information only.)

| CLAIM# | SECURED CREDITORS | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 2 | RICK D BARNES TARRANT COUNTY TAX | HOMESTEAD/25 | $2,555.71 | | DIRECT-DR |

| CLAIM# | UNSECURED | CLAIM | COMMENT |
|---|---|---|---|
| 1 | PAM BIRKINBINE - ARVEST BANK | $15,432.46 | LOAN |
| 4 | LVNV FUNDING LLC | $15,535.10 | HAPPY MONEY |
| 3 | PRA RECEIVABLES MGMT, LLC | $2,954.19 | UNSECURED LOAN |

| T'EE # | EXECUTORY CONTRACTS | COMMENT | CLAIM | TREATMENT |
|---|---|---|---|---|
| 8 | T MOBILE/T-MOBILE USA INC | CONTRACT ASSUMED | $0.00 | DIRECT-DR |

## III. PLAN MODIFICATION

### Modification Details

The following changes will be made to Debtor Payments, Plan Base and/or Plan Term for the reason(s) specified below:

Payments $1280 x 3; $640 x 7 then starting 4/26/26 at $686 x 50 for plan base of $42,620 in 60 months

### Reason(s) for Modification:
To make the plan sufficient.

Respectfully submitted,

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone