**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                    CASE NO.: 25-41890-MXM-13

**ROSANNA KRISTINE MANCILLAS**
**1740 HUNTING GREEN DR**
**FORT WORTH, TX 76134**
**SSN/TIN: XXX-XX-6481**
**AKA: ROSANNA KRISTINE QUIROZ**
**ROSANNA K MANCILLAS**


**DEBTOR**                                              **HEARING: JULY 16, 2026  AT 8:30 AM**

### MOTION TO DISMISS FOR FAILURE TO PROVIDE  TAX RETURN, EXTENSION, OR AFFIDAVIT

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

   NOW COMES Pam Bassel Standing Chapter 13 Trustee, who files this Motion to Dismiss under 11 U.S. C. §§ 521 and 1307.  The Trustee would respectfully show the Court:

1.   Debtor has a duty to cooperate with the Chapter 13 Trustee under §521 (f).

2.   On 1/26/26, Trustee mailed Debtor a Tax Year Reminder Notice requesting the Debtor's 2025 Tax Return (with Schedules 1, C, E, or F if filed), Amended Tax Return, Tax Extension, or a Tax Affidavit explaining that Debtor was not required to file a Tax Return.

3.   To date,  Debtor has not provided the requested documents.  Therefore, the Trustee requests that the Court dismiss this case based on  Debtor's failure to cooperate.

   WHEREFORE, Trustee prays that this case be DISMISSED and for general relief.


                              Respectfully submitted,

                    By:   /s/ Ethan S. Cartwright
                          Ethan S. Cartwright, Staff Attorney
                          Bar No. 24068273
                          PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                          Bar No. 01344800
                          860 Airport Freeway, Ste 150
                          Hurst, TX 76054
                          (817) 916-4710 Phone

## NOTICE OF HEARING

This matter will be called at the docket call on the date and time above in Room 128  at 501 W 10th Street, Fort Worth, Texas with a hearing following the docket call.

**Attend by WebEx Video:**

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone:**

Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:     /s/ Ethan S. Cartwright
        Ethan S. Cartwright

Rosanna Kristine Mancillas
1740 HUNTING GREEN DR
FORT WORTH, TX  76134